■■■ In the Matter of TARAS A.C., SR., Appellant, v SARAH M.P. et al., Respondents. [847 NYS2d 894]—Appeal from an order of the Family Court, Oneida County (John E. Flemma, J.H.O.), entered July 18, 2006 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner visitation with his son.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.